IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TERRY DAVIS, (TDCJ-CID #02188500) Plaintiff, | § § § § | |
| vs. | § | CIVIL ACTION H-19-0349 |
| HEAD WARDEN, et al., Defendants. | § § § § | |

## MEMORANDUM AND OPINION

Plaintiff, a state prisoner proceeding pro se, brings this action against Texas prison officials who reside in Bee County, Texas. Plaintiff sues these officials for violations of civil rights which occurred at the McConnell Unit, where he is confined and which is located in Bee County, Texas.

In the interest of justice and for the convenience of the parties and witnesses, this case is TRANSFERRED to the United States District Court for the Southern District of Texas, Corpus Christi Division. 28 U.S.C. §§ 1391, 1404(a).

Plaintiff's motion to proceed in forma pauperis, (Docket Entry No. 2), is DENIED without prejudice to reconsideration after transfer.

SIGNED at Houston, Texas, on FEB 0 5 2019

ALFRED H. BENNETT
UNITED STATES DISTRICT JUDGE